CAROL A. SOBEL SBN 84483
WESTON ROWLAND SBN  327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. 310 393 3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TINA BERG, <br><br> PLAINTIFF, <br><br> v. <br><br> CITY OF LOS ANGELES, et al., <br><br> DEFENDANTS. | CASE NO.: 2:23-CV-00813-HDV-JPR <br><br> STIPULATED REQUEST TO RESET CASE SCHEDULE DATES <br><br> ACTION FILED: 02/02/2023 <br> TRIAL DATE:     01/20/2026 |

The Parties, by and through their counsel of record, submit this Stipulated Request to Reset Case Scheduling Dates.  The reason for the Request is that defense counsel Surekha Shepherd will soon retire. She expects her last official day with the Office to be approximately September 19, 2025 but expects to be away from the Office beginning in mid-August of 2025.

The City Attorney's Office needs sufficient time to reassign this matter to another trial attorney who will need several months to become familiar with the case and prepare for trial. The unit to which ACA Shepherd is assigned currently suffers from attorney and other staffing shortages.

1  The trial in this matter is scheduled for **January 20, 2026**. The parties are
2  requesting that the trial be reset to **April 21, 2026**, or another date available on the
3  Court's schedule.  The parties propose this date for the above reasons and due to
4  scheduling issues on the part of non-party and expert defense witnesses.

5  On the current case schedule, expert discovery and dispositive motions are
6  all due in the immediate upcoming time period and even if ACA Shepherd was not
7  retiring, the City Defendants would need additional time to file their Rule 56(a)
8  motion due to her trial schedule this month (i.e. three trials on calendar).  The
9  expert discovery cut-off is September 2, 2025 and the last day to hear motions is
10 October 2, 2025, making the filing date for dispositive motions mid-July of 2025.

11 Prior to defense counsel announcing retirement, the parties met and
12 conferred on dispositive motions and intend to bring such motions before the
13 Court.  All parties believe that the resolution of such motions may affect pre-trial
14 filings, the scope of the trial and trial preparation.

15 The proposed dates are set forth in the attached Schedule of Pre-Trial and
16 Trial Dates Worksheet.

Dated: July 4, 2025

Respectfully Submitted,
Law Office of Carol Sobel
  /s/ Carol S. Sobel     .
By: CAROL A. SOBEL
Attorneys for Plaintiff

Dated: July 4, 2025

LOS ANGELES CITY ATTORNEY
/s/ Surekha A. Shepherd
By: SUREKHA A. SHEPHERD
Attorneys for Defendants

**JUDGE HERNAN D. VERA**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
**The Court ORDERS tile parties to make every effort to agree on dates.**

*Note:* Hearings shall be on Thursdays at 10:00 a.m.
Other dates can be any day of the week.

| Case No. 2:23-CV-00813-HDV | Case name: Berg v. City of Los Angeles, et al. | | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | **Timing** | **Pl(s)' Date** | **Def(s)' Date** | **Court Order mm/dd/yy** |
| Check one: [x] Jury Trial or [ ] Court Trial *(Tuesday at 9:00 a.m.)* Estimated Duration: 4 | Within 18 months after Complaint filed | 04/21/2026 | Id. | [x] Jury Trial [ ] Court Trial Days [ ] |
| Final Pretrial Conference ("FPTC") [L.R. 16] *(Tuesday at 10:00 a.m.)* | 21 days before trial | 3/31/2026 | Id. | |
| Hearing on Motions In Limine | 28 days before trial | 3/26/2026 | Id. | |
| **Event** | **Weeks After Scheduling Conference** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date** | **Court order mm/dd/yy** |
| Last Date to **Hear** Motion to Amend Pleadings /Add Parties | 6 | 10/26/2023 | Id. | Passed |
| **Event[1]** | **Weeks Before FPTC** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date** | **Court Order mm/dd/yy** |
| Fact Discovery Cut-Off **(no later than deadline for *filing* dispositive motion)** | 22 | 10/28/2025 | Id. | |
| Expert Disclosure (Initial) | 21 | 04/08/2025 | Passed | Passed. |
| Expert Disclosure (Rebuttal) | 19 | 11/18/2025 | Id. | |
| Expert Discovery Cut-Off | 17[2] | 11/02/2025 | Id. | |
| Last Date to **Hear** Motions | 11 | 12/11/2025 | Id. | |
| **Event** | **Weeks Before FPTC** | **Pl(s)' Date mm/dd/yyyy** | **Def(s)' Date** | **Court Order mm/dd/yyyy** |

3

| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 4 | 3/03/2026 | Id. |
|---|---|---|---|
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial on y)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 | 03/17/2026 | Id. |