Carol A. Sobel  SBN 84483
Weston Rowland SBN 327599
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. 310 393 3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TINA BERG,<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>DEFENDANTS. | CASE NO.: 2:23-CV-00813-HDV-JPR<br><br>JOINT REPORT ON SETTLEMENT<br><br>DATE: N/A<br>TIME:  N/A<br>CTRM: 5D HON. HERNÀN D. VERA<br><br>ACTION FILED: 02/02/2023<br>TRIAL DATE:    TBD |

  The Court previously granted the parties' request to stay prosecution of the case and permit them to return to settlement discussions.  The parties engaged in settlement discussions with the assigned mediator, Richard Copeland, on January 15, 2026 and reached a tentative agreement.

  The settlement requires approval by the City Council. Based on past experience, that process may take as long as three months.

1

1  Accordingly, the parties request that the Court continue any further
2  Scheduling Conference to allow for the City Council to review the proposed
3  settlement.

Dated: January 16, 2025              LAW OFFICE OF CAROL A SOBEL

                                     *Carol A. Sobel*
                                     _____/
                                     By: CAROL A. SOBEL
                                     Attorneys for Plaintiff


Dated: January 16, 2025              LOS ANGELES CITY ATTORNEY

                                     /s/ Surekha A. Shepherd .
                                     By: SUREKHA A. SHEPHERD
                                     Attorneys for Defendants