Carol A. Sobel  SBN 84483
Weston Rowland SBN 327599
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. 310 393 3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TINA BERG,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>  Defendants. | CASE NO.: 2:23-CV-00813-HDV-JPR<br><br>[PROPOSED] ORDER RE JOINT REPORT ON SETTLEMENT<br><br>DATE: N/A<br>TIME:  N/A<br>CTRM: 5D HON. HERNÀN D. VERA<br><br><br>ACTION FILED: 02/02/2023<br>TRIAL DATE:    TBD |

    The parties have advised the Court that they reached a settlement in this action but that the settlement requires approval by the City Council.  They have also advised the Court that the approval process may take up to three (3) months.

    Accordingly, the Court continues all dates in this matter.

    If the settlement is completed within the 90-day period, Plaintiffs shall file a Notice of Dismissal with the Court.

1

If the settlement has not been completed in that time period, the parties are to file a status report with the Court on or before the expiration of the 90 days and advise the Court of the additional time needed to complete the settlement and/or any issues that have arisen regarding the ssettlement.

IT IS SO ORDERED.

Dated: _____     _____.

UNITED STATES DISTRICT JUDGE

Lodged by:

LAW OFFICE OF CAROL A SOBEL

*Carol A. Sobel*

By: CAROL A. SOBEL
Attorneys for Plaintiff