CAROL A. SOBEL SBN 84483
WESTON ROWLAND SBN  327599
Law Office of Carol A. Sobel
2632 Wilshire Boulevard, #552
Santa Monica, CA 90403
t. 310 393 3055
e. carolsobellaw@gmail.com
e. rowland.weston@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TINA BERG,<br><br>     PLAINTIFF,<br><br>     v.<br><br>CITY OF LOS ANGELES, et al,<br><br>     DEFENDANTS. | CASE NO.: 2:23-CV-00813-HDV-DMKx<br><br>90-DAY REPORT RE SETTLEMENT AND REQUEST FOR EXTENSION<br><br>DATE:  APRIL 16, 2026<br>TIME:  NONE<br>CTRM: 5B  Hon. Hernan D. Vera |

Pursuant to the Court's Order Re Joint Report on Settlement entered on January 21, 2026 [Doc. 87,88], Plaintiffs now submit this Report on the status of settlement.  The 90-day period expires April 16, 2026.  Settlement has not been completed.  Similarly, there is no information on the City's public website of City Council actions regarding the settlement.

Plaintiff's counsel repeatedly contacted the legal assistant to former ACA Shepherd, the original Assistant City Attorney on the case, to ask the status of the settlement approval. ACA Shepherd retired shortly after the settlement was reached. Plaintiff's counsel understands that ACA Shepherd has been replaced by Deputy City Attorney Christian Bojorquez, who has been unavailable because he is

STATUS REPORT RE SETTLEMENT COMPLETION AND REQUEST FOR EXTENSION - 1

engaged in a three-week state court trial. Plaintiff has been unable to obtain any information from Defendant as to where the settlement is in the City's approval process.

Accordingly, Plaintiff's counsel requests that the Court extend the time for settlement for an additional 60 days.

Respectfully submitted,

Dated: April 16, 2026

LAW OFFICE OF CAROL A. SOBEL

_/s/  Carol A. Sobel_____.
By: CAROL A. SOBEL
Attorneys for Plaintiffs

STATUS REPORT RE SETTLEMENT COMPLETION AND REQUEST FOR EXTENSION - 2