**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| TINA BERG,<br><br>        PLAINTIFF,<br><br>        v.<br><br>CITY OF LOS ANGELES, et al,<br><br>        DEFENDANTS. | CASE NO.: 2:23-CV-00813-HDV-DMKx<br><br>[PROPOSED] ORDER RE:<br>REQUEST FOR EXTENSION TO<br>COMPLETE SETTLEMENT<br><br>DATE:  APRIL 16, 2026<br>TIME:  NONE<br>CTRM: 5B  Hon. Hernan D. Vera |

Pursuant to the Court's Order Re Joint Report on Settlement entered on January 21, 2026 [Doc. 87,88], Plaintiffs submitted a Report on the status of settlement.  The original 90-day period expired April 16, 2026.  Settlement has not been completed.

Plaintiff's counsel has provided the Court with information on repeated attempts to obtain updated information from Defendants.  Based on that information, Plaintiff's counsel requests that the Court extend the time for settlement for an additional 60 days.

The Court finds that Plaintiff's counsel has shown good cause for the requested extension.

STATUS REPORT RE SETTLEMENT COMPLETION AND REQUEST FOR EXTENSION - 1

Accordingly, the time to complete settlement is continued to and through June 15, 2026.  If settlement is not completed by that date, Defendants' counsel is directed to file a report with the Court detailing where the settlement is in the approval process and when it is expected to be completed.

**IT IS SO ORDERED.**

Dated: <u>April 21, 2026</u>

_____
UNITED STATES DISTRICT JUDGE

Lodged by:

LAW OFFICE OF CAROL A. SOBEL

<u>        /s/  Carol A. Sobel          </u>.

By: CAROL A. SOBEL
    Attorneys for Plaintiffs