**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**COLLEEN R. SMITH**, Asst. Supervising Deputy City Attorney (SBN 209719)
200 N. Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Phone: (213) 978-7027; Fax No. (213) 978-8785
Email: colleen.smith@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES, CHIEF MICHEL MOORE, OFFICER IAN RICHARDSON, OFFICER DANIEL FRANCISCO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA BERG<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity, MICHEL MOORE, LAPD CHIEF, sued in his oficial capacity; OFFICER RICHARDSON, OFFICER FRANCISCO, and Does 1-10 inclusive,<br><br>Defendant(s). | CASE NO. 2:23-cv-00813 HDV-DMKx<br>*Hon. Judge Hernán D. Vera, 5th Fl. Ctrm. 5B*<br>*Mag. Judge Jean P. Rosenbluth, Roybal Bldg,*<br>*Ctrm. 690*<br><br>**STATUS REPORT RE SETTLEMENT** |

**TO THE ABOVE-ENTITLED COURT:**

Pursuant to the Court's Order Re Request for Extension to Complete Settlement entered on April 21, 2026 [Dkt # 91], Defendants CITY OF LOS ANGELES, CHIEF MICHEL MOORE, OFFICER IAN RICHARDSON, OFFICER DANIEL FRANCISCO submit their Report regarding the status of settlement.

1

The settlement is currently proceeding through the approval process.  Defendants anticipate that the approval will be completed by June 30, 2026. Defendants, however are unable to provide an estimated date for issuance of payment.

Dated: June 18, 2026        **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy Atty.
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney


By:   *Colleen R. Smith*

**COLLEEN R. SMITH,** Asst. Supervising Deputy City Atty
*Attorneys for Defendant*, CITY OF LOS ANGELES
CHIEF MICHEL MOORE, OFFICER IAN
RICHARDSON and OFFICER DANIEL FRANCISCO