UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-00813-HDV-DMK | Date | 6/25/2026 |
| Title | *Tina Berg v. City of Los Angeles* | | |

Present: The Honorable    Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:    (IN CHAMBERS) ORDER REMOVING ACTION FROM THE ACTIVE LIST OF CASES, PURSUANT TO STAY (JS-6)**

The Court is in receipt of the status report filed on June 18, 2026, [Dkt. 92], indicating that settlement is currently proceeding through the approval process. Defendants state that they anticipate that the approval will be completed by June 30, 2026, however, they are unable to provide an estimated date for issuance of payment. In light of this status report:

IT IS HEREBY ORDERED that this action is hereby removed from this Court's active caseload and administratively closed until further application by the parties or order of this Court.

IT IS FURTHER ORDERED that counsel shall file a proper stipulation for dismissal or a joint report detailing the status within **90 days** and every quarter thereafter until a stipulation for dismissal is filed.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  All dates in this action are hereby VACATED.

**IT IS SO ORDERED**.